393 P.2d 717

Ex parte Richard ESPINOZA.

No. 110HC.

Supreme Court of New Mexico.

July 13, 1964.

PER CURIAM:

This matter coming on before the Court on petition for writ of mandamus and for free process, and the Court having considered the petition and being sufficiently advised in the premises,

It is ordered that petitioner be and he is hereby allowed free process herein.

It is further ordered that the petition for writ of mandamus be and the same is hereby denied.

393 P.2d 717

Salvador GALLEGOS, Petitioner,

v.

STATE of New Mexico, Respondent.

No. 115 HC.

Supreme Court of New Mexico.

July 13, 1964.

PER CURIAM:

This matter coming on before the Court on petition for writ of habeas corpus and for free process, and the Court having considered the petition and being sufficiently advised in the premises,

It is ordered that petitioner be and he is hereby allowed free process herein.

It is further ordered that the petition for writ of habeas corpus be and the same is hereby denied.

393 P.2d 717

Ex parte Bobby Dale TRAUTWEIN.

No. 116 HC.

Supreme Court of New Mexico.

July 14, 1964.

PER CURIAM:

This matter coming on before the Court on petition for writ of mandamus and for free process, and the Court having considered the petition and being sufficiently advised in the premises,

It is ordered that petitioner be and he is hereby allowed free process herein.

It is further ordered that the petition for writ of mandamus be and the same is hereby denied.